JOHNSON, Respondent, vs. STANDARD ACCIDENT INSUR-
ANCE COMPANY and others, imp., Appellants.

APPEAL from a judgment of the circuit court for Douglas
county dated September 17, 1927: W. R. FOLEY, Judge.
Automobile accident. Judgment for plaintiff, from which
defendants appeal.
For the appellants: *L. H. Dow* of Duluth.
For the respondent: *Cadigan & Cadigan* of Superior.
For the defendant *Republic Casualty Company: Hanitch,
Hartley & Johnson* of Superior.

*By the Court.*—Judgment affirmed.

*May 8, 1928.*

MORAVCIK, by guardian *ad litem*, Appellant, vs. FISCHER,
Respondent.

APPEAL from a judgment of the circuit court for Mil-
waukee county dated February 28, 1927: EDGAR V. WER-
NER, Judge.
Assault. Verdict and judgment for defendant, from
which plaintiff appeals.
For the appellant: *Brennan, Lucas & McDonough* of Mil-
waukee.
For the respondent: *Bottum, Hudnall, Lecher, McNamara
& Michael* of Milwaukee.

*By the Court.*—Judgment affirmed.

LAURENT, Respondent, vs. HERBST, Appellant.

APPEAL from a judgment of the municipal court of Brown
county dated October 28, 1927: N. J. MONAHAN, Judge.
Automobile accident. Verdict and judgment for plaintiff,
from which defendant appeals.
For the appellant: *McGillan & Alk* of Green Bay.
For the respondent: *Sheridan, Evrard & Cranston* of
Green Bay.

*By the Court.*—Judgment affirmed.